UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Williamson,

    Plaintiff,

v.                                                            Civil No. 05-268 (JNE/SER)
                                                           ORDER

Wyeth; American Home Products, Inc.; AHP
DM Subsidiary Holding Corporation; Wyeth
Pharmaceuticals; Wyeth-Ayerst
Pharmaceuticals, Inc.; Pharmacia & Upjohn
Company; Pfizer Inc.; and Parke-Davis,

    Defendants.

In February 2005, Patricia Williamson brought this action against pharmaceutical companies. Two months later, the Judicial Panel on Multidistrict Litigation transferred it to the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings. *See* 28 U.S.C. § 1407 (2006). The Panel recently remanded it to the District of Minnesota. On June 1, 2012, the Court ordered the parties to file briefs that address whether the action should be transferred to another district pursuant to 28 U.S.C. § 1404(a) (2006) (amended 2011) and, if transfer is appropriate, to which district it should be transferred. Plaintiff responded that the action should be transferred to the Middle District of North Carolina. Wyeth LLC (f/k/a Wyeth a/k/a Wyeth Inc.), Wyeth Pharmaceuticals, Pharmacia & Upjohn Company LLC, and Pfizer Inc.[1] responded that they do not oppose transfer to the Middle District of North Carolina. Accordingly, the Court transfers this action to the Middle District of North Carolina pursuant to § 1404(a).

---

[1] A stipulation [Docket No. 5] filed in February 2005 states that Plaintiff improperly named some of the defendants.

1

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. This action is transferred to the United States District Court for the Middle District of North Carolina for further proceedings.

2. The Clerk of Court is directed to effect the transfer.

Dated: June 12, 2012

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge